# United States Court of Appeals
## For the First Circuit

No. 16-1101

GERONT NEZIRI

Petitioner

v.

LORETTA E. LYNCH, Attorney General

Respondent

**ORDER OF COURT**

Entered: May 9, 2016
Pursuant to 1st Cir. R. 27.0(d)

    Upon consideration of motion, it is ordered that the time for Respondent Loretta E. Lynch to file a brief be enlarged to and including **June 13, 2016**.

By the Court:

/s/ Margaret Carter, Clerk

cc:
LaTia N. Bing
Kevin James Conway
Anthony Drago Jr.
Robert Dale Tennyson Jr.