# United States Court of Appeals
## For the First Circuit

No. 16-1101

GERONT NEZIRI,

Petitioner,

v.

LORETTA E. LYNCH, Attorney General,

Respondent.

---

Before

Howard, <u>Chief Judge</u>,
Torruella and Barron, <u>Circuit Judges</u>.

---

**ORDER OF COURT**

Entered: July 12, 2016

The government's motion for a remand is <u>denied</u> without prejudice. The alternative request for additional time is <u>granted</u>. The government's brief shall be filed within 30 days of the date of this Order.

By the Court:

<u>/s/ Margaret Carter, Clerk</u>

cc:  Anthony Drago, Jr.
 LaTia N. Bing
 Kevin J. Conway
 Robert D. Tennyson, Jr.