# United States Court of Appeals
## For the First Circuit

No. 16-1101

GERONT NEZIRI

Petitioner

v.

LORETTA E. LYNCH, Attorney General

Respondent

**JUDGMENT**

Entered: August 12, 2016
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of respondent's unopposed motion, it is hereby ordered that this petition for review be voluntarily dismissed with each party to bear its own costs.

Mandate to issue forthwith.

By the Court:

/s/ Margaret Carter, Clerk

cc:
Anthony Drago Jr.
LaTia N. Bing
Kevin James Conway
Robert Dale Tennyson Jr.