# United States Court of Appeals
## For the First Circuit

No. 16-1101

GERONT NEZIRI

Petitioner

v.

LORETTA E. LYNCH, Attorney General

Respondent

**MANDATE**

Entered: August 12, 2016

    In accordance with the judgment of August 12, 2016, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

/s/ Margaret Carter, Clerk

cc:
LaTia N. Bing
Kevin James Conway
Anthony Drago Jr.
Robert Dale Tennyson Jr.