# United States Court of Appeals
## For the First Circuit

No. 16-1101

GERONT NEZIRI,

Petitioner,

v.

LORETTA E. LYNCH, Attorney General,

Respondent.

---

Before

Howard, Chief Judge,
Torruella and Barron, Circuit Judges.

---

**JUDGMENT**

Entered: February 2, 2017

Respondent's assented-to motion to dismiss is granted.

By the Court:

/s/ Margaret Carter, Clerk

cc:    Anthony Drago Jr.
       LaTia N. Bing
       Kevin James Conway
       Robert Dale Tennyson Jr.